# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
___

| | |
|---|---|
| GANZ USA, LLC, | Civil No. 07-4905 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| FOOD MARKET MERCHANDISING, INC., | |
| Defendant. | |

___

Bruce Baumgartner, **BAKER & HOSTETLER LP,** 312 Walnut Street Suite 3200, Cincinnati, OH 45202; Larry Espel, **GREENE ESPEL, PLLP**, 200 South Sixth Street, Suite 1200, Minneapolis, MN 55402**,** for plaintiff.

Dale Thornsjo, **JOHNSON & CONDON, PA**, 7401 Metro Boulevard, Suite 600, Minneapolis, MN 55439; Thomas Foster, **THOMAS A FOSTER & ASSOCIATES, LTD**, 80 South Eighth Street, Suite 2040, Minneapolis, MN 55402, for defendant.

Based upon the stipulation filed June 4, 2009 [Docket No. 23], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that pursuant to Rule 41 of the Federal Rules of Procedure, this matter is hereby **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own attorney's fees, costs, and disbursements.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 11, 2009
at Minneapolis, Minnesota.

                                                                                    s/John R. Tunheim
                                                                       JOHN R. TUNHEIM
                                                     United States District Judge